UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20821-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOSE LORENZO,

_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of Ana Davide, Esq. for fees and expenses be reduced from $25,242.43 to a total of $24,392.43. The Court has reviewed Judge Palermo's R&R and Ms. Davide has informed the Court that she has no objections to the R&R. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED and made the Order of the District Court as follows: Ms. Davide shall be paid **$24,392.43** as fair compensation for her work on this case.

DONE AND ORDERED in Miami, Florida this *16* day of December, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Ana Davide, Esq.
Lucy Lara, CJA Administrator